UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE R. NIEVES MOJICA,

                Plaintiff,

    - against -

NANCY A. BERRYHILL,

               Defendant.
------------------------------------------------------------------X

**<u>JUDGMENT</u>**
16-CV-1199 (RRM)

A Memorandum and Order of the undersigned having been issued this day granting plaintiff's cross-motion for judgment on the pleadings and denying defendant's motion to dismiss, it is hereby:

ORDERED, ADJUDGED AND DECREED that this action is remanded to the Acting Commissioner of Social Security for further proceedings.

                                            SO ORDERED.

Dated: Brooklyn, New York
       March 27, 2019

                                          *Roslynn R. Mauskopf*

                                          _____
                                          ROSLYNN R. MAUSKOPF
                                          United States District Judge